IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | 1:05-CV-0486 AWI WMW P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| FRESNO COUNTY JAIL, et al., | **OR** FILING FEE |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2006, plaintiff submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915, completed by the Fresno County Sheriff. On July 20, 2005, plaintiff notified the court of a change of address to Wasco State Prison. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis to be completed by plaintiff and the institution where plaintiff is now incarcerated.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 25, 2005**              /s/  **William M. Wunderlich**
j14hj0                                     UNITED STATES MAGISTRATE JUDGE