IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LYNN WRIDE, | ) | 1:05-CV-0486 AWI WMW P |
| | ) | |
| Plaintiff, | ) | SECOND ORDER TO SUBMIT |
| vs. | ) | CERTIFIED COPY OF TRUST |
| | ) | ACCOUNT STATEMENT **OR** PAY |
| FRESNO COUNTY, et al., | ) | FILING FEE |
| | ) | |
| | ) | Document 10, 11 |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2005, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee. On August 23, 2005, plaintiff submitted an application to proceed in forma pauperis with the required original signature by an authorized officer of the institution of incarceration. However, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1

| | Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** September 16, 2005  /s/ William M. Wunderlich
j14hj0  UNITED STATES MAGISTRATE JUDGE