IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LYNN WRIDE,

    Plaintiff,

vs.

FRESNO COUNTY JAIL, et al.,

    Defendants.

CV F 05 0486 AWI WMW P

ORDER

On November 4, 2005, findings and recommendations were entered, recommending dismissal of this action for plaintiff's failure to prosecute. Specifically, the court recommended dismissal for plaintiff's failure to timely file an application to proceed in forma pauperis. Plaintiff filed objections to the findings and recommendations. Plaintiff indicates that he intends to file an application to proceed in forma pauperis, and has submitted the appropriate forms to prison authorities.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on November 4, 2005, are vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:    December 8, 2005**                            **/s/  William M. Wunderlich**
mmkd34                                                    UNITED STATES MAGISTRATE JUDGE