IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LYNN WRIDE, | ) | 1:05-CV-0486 AWI WMW P |
| | ) | |
| Plaintiff, | ) | THIRD ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| FRESNO COUNTY, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2005, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee. On August 23, 2005, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915.

On September 19, 2005, plaintiff was given a second opportunity to submit an application to proceed in forma pauperis or pay the $250.00 filing fee. Plaintiff advises the court that as a

1

result of changing his address from Fresno County Jail, to Wasco State Prison, and now at Pleasant Valley State Prison, it has been difficult in to obtain the requested documentation. Plaintiff will be provided an additional opportunity to comply with the court's order to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

It is ultimately plaintiff's responsibility to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing fee. Plaintiff is directed to provide a copy of this order to the prison trust office.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and **two** copies of this order. Plaintiff is to provide one copy to the prison trust office.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated: March 6, 2006**            **/s/ William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE