IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LYNN WRIDE,

    Plaintiff,

vs.

FRESNO COUNTY, et al.,

    Defendants.

1:05-CV-00486-AWI-WMW-P

ORDER VACATING FINDINGS AND RECOMMENDATION OF JANUARY 3, 2006
[Document #36]

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2006, Magistrate William M. Wunderlich submitted findings and a recommendation to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to state a claim upon which relief can be granted. On January 4, 2006, the court entered plaintiff's amended complaint on the docket which was received and filed on January 3, 2006.

Due to plaintiff's submission of the amended complaint, the findings and recommendation of January 3, 2006, shall be vacated.

IT IS HEREBY ORDERED that the findings and recommendation of January 3, 2006 is VACATED.

IT IS SO ORDERED.

**Dated:  January 23, 2007**          **/s/ William M. Wunderlich**
j14hj0                                                   UNITED STATES MAGISTRATE JUDGE