# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**JAMES LYNN WRIDE,**

      **Plaintiff,**           **CV F 05 0486 AWI WMW P**

   **vs.**                           **ORDER RE MOTIONS (DOCS 44, 50)**

**FRESNO COUNTY, et al.,**

      **Defendants.**

      **Plaintiff filed a motion requesting relief from the court. Plaintiff requests that the court consider his claims. Plaintiff then filed a motion for extension of time in which to file an amended complaint. Plaintiff has shown good cause for an extension of time. The court will consider all the claims set forth in the amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:**

      **1. Plaintiff's motion for relief filed on February 20, 2007, is denied.**

      **2. Plaintiff's motion for extension of time filed on July 23, 2007, is granted. Plaintiff is granted an extension of time of sixty days from the date of service of this order in which to file an amended complaint.**

IT IS SO ORDERED.

**Dated:    July 27, 2007**               /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE