IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LYNN WRIDE,

        Plaintiff,        CV F 05 0486 AWI WMW P

   vs.                  ORDER RE FINDINGS AND RECOMMENDATIONS
                          (DOC 53)

FRESNO COUNTY, et al.,

        Defendants.

On October 1, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On October 9, 2007, Plaintiff filed a second amended complaint. On October 19, 2007, Plaintiff filed objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 1, 2007, recommendation of dismissal is vacated.

2. This action proceeds on the October 9, 2007, second amended complaint.

IT IS SO ORDERED.

**Dated:   January 28, 2008**                **/s/ William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE