IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LYNN WRIDE,

        Plaintiff,           CV F 05 0486 AWI WMW PC

    vs.                    ORDER RE MOTION (DOC 60, 61)

                            (SIXTY DAY DEADLINE)

FRESNO COUNTY JAIL, et al.,

        Defendants.

        Plaintiff has filed a motion for extension of time in which to file a response to the order of March 30, 2008. Plaintiff seeks an extension of time of one year. The court finds that Plaintiff has not shown good cause for a one year extension of time. The court will, however, grant Plaintiff a sixty day extension of time in which to comply.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time is granted. Plaintiff is granted an extension of time of sixty days from the date of service of this order in which to file a response to the order of March 30, 2008.

IT IS SO ORDERED.

**Dated:   April 30, 2008**               /s/ **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE