IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | 1:05-cv-486 AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RESPOND TO |
| vs. | THE ORDER OF MARCH 20, 2008 |
| FRESNO COUNTY, | (DOCUMENT #59) |
| Defendants. | 90 DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2008, plaintiff filed a motion to extend time to respond to the Order of March 20, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted Ninety (90) days from the date of service of this order in which to respond to the Order of March 20, 2008 .

IT IS SO ORDERED.

**Dated: June 30, 2008** /s/ William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE