# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SMS PC |
| Plaintiff, | ORDER APPROVING AND GRANTING PROTECTIVE ORDER STIPULATED TO BY PLAINTIFF AND COUNTY OF FRESNO |
| v. | |
| FRESNO COUNTY, et al., | (Doc. 82) |
| Defendants. | |

Plaintiff James Lynn Wride filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 13, 2005. Plaintiff claims five Doe Sheriff's Deputies used excessive physical force against him while he was incarcerated at the Fresno County Jail, in violation of his rights under the United States Constitution. Discovery is currently open for the limited purpose of allowing Plaintiff to ascertain the identities of the Doe defendants.

On December 2, 2010, Plaintiff and the County of Fresno stipulated to a protective order relating to documents sought pursuant to the notice of deposition served on the County by Plaintiff.

The protective order stipulated to by Plaintiff and the County of Fresno is HEREBY APPROVED AND GRANTED.

IT IS SO ORDERED.

**Dated:   December 7, 2010**              /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

1