# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW THIRD AMENDED COMPLAINT, AND STRIKING COMPLAINT |
| v. | |
| FRESNO COUNTY, et al., | (Docs. 85 and 86) |
| Defendants. | |

Plaintiff James Lynn Wride's motion to withdraw the third amended complaint he filed on December 28, 2010, is HEREBY GRANTED and the third amended complaint is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated: January 5, 2011**      /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE