# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:05-cv-00486-AWI-SMS PC<br><br>ORDER VACATING HEARING NOTICED FOR MARCH 18, 2011, AT 9:30 A.M.<br><br>(Doc. 88) |

On January 10, 2011, Plaintiff filed a motion for leave to file a third amended complaint and noticed the motion for March 18, 2011, at 9:30 a.m. Pursuant to Local Rule 230(g), the hearing date is vacated and the motion will be submitted upon the record.

IT IS SO ORDERED.

**Dated:　March 1, 2011**　　　　　　　　　　　　　　　／s/ Sandra M. Snyder　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1