# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO AMEND AND TO FILE REVISED MOTION TO AMEND |
| v. | |
| FRESNO COUNTY, et al., | (Docs. 88 and 100) |
| Defendants. / | |

Pursuant to Plaintiff's motion of March 11, 2011, Plaintiff's motion for leave to file a third amended complaint filed on January 10, 2011, court document 88, is HEREBY WITHDRAWN.

The revised motion to amend filed on March 11, 2011, will be considered in due course. Although Plaintiff is not proceeding pro se, the parties are directed to Local Rule 230(l) for the filing of the opposition and the reply, if any.[1] The motion will be resolved without oral argument unless the Court deems a hearing necessary after reviewing the record. Local Rule 230(g).

IT IS SO ORDERED.

**Dated:   March 14, 2011**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants have neither been served nor appeared in this action, but the County of Fresno has made a special appearance on several issues.

1