# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>            Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY, et al.,<br><br>            Defendants. | CASE NO. 1:05-cv-00486-AWI-SKO PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF<br><br>(Doc. 111) |

On November 23, 2011, Defendants filed a request seeking leave to depose Plaintiff James Lynn Wride, a state prisoner. Fed. R. Civ. P. 30(a)(2)(B). Pursuant to Rule 30(a)(2)(B), Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   November 28, 2011**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

1