# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF |
| v. | |
| FRESNO COUNTY, et al., | (Doc. 111) |
| Defendants. | |

On November 23, 2011, Defendants filed a request seeking leave to depose Plaintiff James Lynn Wride, a state prisoner. Fed. R. Civ. P. 30(a)(2)(B). Pursuant to Rule 30(a)(2)(B), Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   November 28, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE