IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY, et al.,<br><br>        Defendants. | NO. 1:05-CV-00486 AWI SKO<br><br>ORDER VACATING<br>APRIL 2, 2012 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on April 2, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 2, 2012, is VACATED, and the parties shall not appear at that time. As of April 2, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 29, 2012

                                        CHIEF UNITED STATES DISTRICT JUDGE