# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-00486-AWI-SKO PC<br><br>ORDER MODIFYING SCHEDULING ORDER PURSUANT TO PARTIES' STIPULATION<br><br>(Docs. 113 and 123) |

This is a civil action filed pursuant to 42 U.S.C. § 1983, 42 U.S.C. §§ 12132-12133, and California law by Plaintiff James Lynn Wride. The action is proceeding on Plaintiff's third amended complaint against Defendant County of Fresno, Burrows, Heggen, Kamlade, Snyder, and Sutakul for violating Plaintiff's rights under federal and state law while he was housed at the Fresno County Jail. On May 8, 2012, the parties filed a stipulation to modify the scheduling order filed on November 29, 2011. Fed. R. Civ. P. 16(b).

The Court has considered the parties' stipulation and the scheduling order is HEREBY MODIFIED as follows:

    1.    The existing discovery cut-off date of July 24, 2012, is vacated;

    2.    The non-expert discovery cut-off date is August 24, 2012;

    3.    The last day to disclose expert witnesses is August 31, 2012;

    4.    The expert discovery cut-off date is September 28, 2012;

    5.    The last day to file non-dispositive motions is October 5, 2012;

    6.    The last day to file dispositive motions is October 26, 2012; and

7. All other dates remained unchanged.

IT IS SO ORDERED.

**Dated: May 8, 2012**             /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE