1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  JAMES LYNN WRIDE,                          CASE NO. 1:05-cv-00486-AWI-SKO PC

10              Plaintiff,                    ORDER DENYING REQUEST FOR
                                             PROTECTIVE ORDER, WITHOUT
11     v.                                    PREJUDICE TO RENEWAL

12  FRESNO COUNTY, et al.,                    (Doc. 126)

13              Defendants.

                                        /
14

15  **I.      Introduction**

16        Plaintiff James Lynn Wride, a state prisoner, filed this civil action pro se on April 13, 2005.

17  Plaintiff subsequently obtained counsel and this action for damages is currently proceeding on

18  Plaintiff's third amended complaint against Defendants County of Fresno, Burrows, Heggen,

19  Kamlade, Snyder, and Sutakul for violation of Plaintiff's civil rights while he was incarcerated at

20  the Fresno County Jail.  Plaintiff alleges claims for relief pursuant to 42 U.S.C. § 1983, 42 U.S.C.

21  § 12132, and California tort law.

22        On July 16, 2012, the parties filed a stipulation regarding a protective order for certain

23  documents to be produced in response to Plaintiff's request for the production of documents, set one.

24  (Doc. 126.)  The Court has reviewed the stipulation and request for a protective order and has

25  determined that it fails to meet the requirements of Local Rule 141.1.  Therefore, the request shall

26  be denied, without prejudice to renewal.

27  ///

28  ///

## II. Discussion

Pursuant to Local Rule 141.1(c) of the United States District Court, Eastern District of California, any proposed order submitted by the parties must contain the following provisions:

(1)     A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

(2)     A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3)     A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

Local Rule 141.1(c).

In this instance, the stipulation and proposed order does not set forth information in compliance with Local Rule 141.1(c)(2) and (3).  These deficiencies should be readily curable and the parties may amend and refile their stipulation and proposed order.

## III. Order

Accordingly, the parties' stipulated request for a protective order is HEREBY DENIED, without prejudice to amendment and renewal.

IT IS SO ORDERED.

Dated:     July 18, 2012                          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE