# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　／ | CASE NO. 1:05-cv-00486-AWI-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST<br><br>(Docs. 116 and 125) |

Plaintiff James Lynn Wride, a state prisoner represented by counsel, filed this civil action on April 13, 2005. This action for damages is proceeding on Plaintiff's third amended complaint against Defendants County of Fresno, Burrows, Heggen, Kamlade, Snyder, and Sutakul for violation of Plaintiff's civil rights while he was incarcerated at the Fresno County Jail. Plaintiff alleges claims for relief pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 12132, and California tort law.

On January 24, 2012, Defendants filed a motion to dismiss for failure to exhaust the available administrative remedies. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). Plaintiff filed an opposition on February 16, 2012, and Defendants filed a reply on February 27, 2012.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, and on June 20, 2012, the Magistrate Judge recommended that Defendants' motion to dismiss be denied. The fifteen-day objection period has expired and the parties did not file any objections.

///

///

1

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations, filed on June 20, 2012, are adopted in full; and
2. Defendants' motion to dismiss for failure to exhaust, filed on January 24, 2012, is DENIED.

IT IS SO ORDERED.

Dated: July 20, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE