# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SKO PC |
| Plaintiff, | ORDER MODIFYING SCHEDULING ORDER PURSUANT TO PARTIES' STIPULATION, AND REQUIRING THE PARTIES TO NOTIFY THE COURT IF THEY WOULD LIKE A SETTLEMENT CONFERENCE SCHEDULED |
| v. | |
| FRESNO COUNTY, et al., | |
| Defendants. | (Docs. 113 and 129) |

This is a civil action filed pursuant to 42 U.S.C. § 1983, 42 U.S.C. §§ 12132-12133, and California law by Plaintiff James Lynn Wride. The action is proceeding on Plaintiff's third amended complaint against Defendant County of Fresno, Burrows, Heggen, Kamlade, Snyder, and Sutakul for violating Plaintiff's rights under federal and state law while he was housed at the Fresno County Jail. On July 25, 2012, the parties filed a stipulation to modify the scheduling order filed on November 29, 2011. Fed. R. Civ. P. 16(b).

Accordingly, pursuant to the parties' stipulation, the scheduling order is HEREBY MODIFIED as follows: the non-expert discovery cut-off date remains August 24, 2012, with the exception of Defendant Heggen's deposition, which will be set on a subsequent date mutually agreeable to the parties; and all other dates remained unchanged.

*If* the parties would like a settlement conference scheduled prior to the filing of pretrial dispositive motions, they shall notify the Court as soon as practicable after the close of discovery.

IT IS SO ORDERED.

**Dated:   August 1, 2012**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE