# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SKO PC |
| Plaintiff, | ORDER MODIFYING SCHEDULING ORDER PURSUANT TO PARTIES' STIPULATION |
| v. | (Doc. 132) |
| FRESNO COUNTY, et al., | |
| Defendants. | |

This is a civil action filed pursuant to 42 U.S.C. § 1983, 42 U.S.C. §§ 12132-12133, and California law by Plaintiff James Lynn Wride. The action is currently proceeding on Plaintiff's third amended complaint against Defendant County of Fresno, Burrows, Heggen, Kamlade, Snyder, and Sutakul for violating Plaintiff's rights under federal and state law while he was housed at the Fresno County Jail.[1] On September 12, 2012, the parties filed a stipulation to modify the scheduling order. Fed. R. Civ. P. 16(b).

Accordingly, pursuant to the parties' stipulation, the scheduling order is HEREBY MODIFIED as follows:

1. The expert discovery cut-off date is November 30, 2012;
2. The last day to file non-dispositive motions is December 7, 2012;
3. The last day to file dispositive motions is December 28, 2012; and
4. All other dates remained unchanged.

IT IS SO ORDERED.

**Dated:** September 14, 2012        /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation regarding the fourth amended complaint, filed on September 7, 2012, is pending before the Honorable Anthony W. Ishii and an order will be issued in due course.

1