# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00486-AWI-SKO PC<br><br>ORDER DISMISSING CLAIM AND DIRECTING CLERK'S OFFICE TO FILE FOURTH AMENDED COMPLAINT PURSUANT TO PARTIES' STIPULATION<br><br>(Doc. 131) |

Pursuant to the parties' stipulation filed on September 7, 2012, it is HEREBY ORDERED that:

1. Plaintiff's Fourteenth Amendment claim is dismissed, with prejudice;

2. The Clerk's Office shall file in the proposed fourth amended complaint, lodged on September 7, 2012 (exhibit 1 to court document 131);

3. The Clerk's Office shall adjust the docket to reflect the dismissal of Defendants Edward Snyder, Brian Kamlade, Carrie Burrows, and Nuttapol Sutakul; and

4. This action shall continue to proceed against the County of Fresno for violation of the Americans with Disabilities Act and against Merle Heggen[1] for negligence.

IT IS SO ORDERED.

Dated:　September 14, 2012

　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Alternatively identified as Haagen in the proposed fourth amended complaint.

1