# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN WRIDE, | CASE NO. 1:05-cv-00486-AWI-SKO PC |
| Plaintiff, | ORDER MODIFYING SCHEDULING ORDER PURSUANT TO PARTIES' STIPULATION |
| v. | (Doc. 138) |
| FRESNO COUNTY, et al., | |
| Defendants. | |

This is a civil action filed pursuant to 42 U.S.C. § 1983, 42 U.S.C. §§ 12132-12133, and California law by Plaintiff James Lynn Wride. This action is now proceeding on Plaintiff's fourth amended complaint against Defendants County of Fresno and Heggen for violating Plaintiff's rights under federal and state law while he was housed at the Fresno County Jail. On November 28, 2012, the parties filed a stipulation to modify the scheduling order. Fed. R. Civ. P. 16(b).

Accordingly, pursuant to the parties' stipulation, the scheduling order is HEREBY MODIFIED as follows:

1. Plaintiff may depose Captain Marilyn Weldon after the expiration of the expert witness discovery cut-off date of November 30, 2012, on a mutually agreeable date to be determined by the parties and Captain Weldon;
2. The last day to file non-dispositive motions is extended to February 1, 2013;
3. The last day to file dispositive motions is extended to February 22, 2013; and
4. All other dates remained unchanged.

IT IS SO ORDERED.

Dated:  November 29, 2012          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

1