KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California 93721
Telephone: (559) 600-3479
Facsimile: (559) 600-3480

Attorneys for Defendants
COUNTY OF FRESNO and MERLE HEGGEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JAMES LYNN WRIDE,<br><br>            Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY, et al.,<br><br>            Defendants. | Case No. 1:05-cv-00486 AWI SKO<br><br>**STIPULATION FOR EXTENSION OF TIME TO SERVE BILL OF COSTS; ORDER THERON** |

Plaintiff JAMES WRIDE (hereinafter "Plaintiff") and defendants COUNTY OF FRESNO and MERLE HEGGEN (hereinafter "Defendants") hereby present the following Stipulation to extend the time for Defendants to serve a bill of costs in the above-captioned action.

### **RECITALS**

WHEREAS, on September 12, 2013, Magistrate Judge Sheila K. Oberto issued Findings and Recommendations, recommending that Defendants' motion for summary judgment be granted in its entirety. *Doc. No. 160.* On September 26, 2013, District Judge Anthony W. Ishii issued an order adopting Judge Oberto's Findings and Recommendations in their entirety. *Doc. No. 161.* On September 26, 2013, the Court entered Judgment in Defendants' favor. *Doc. No. 162.*

WHEREAS, Pursuant to Eastern District Local Rule 292, a bill of costs is required to be served "(w)ithin fourteen (14) days after entry of judgment or order under which costs may be claimed, …"  As such, the last day for Defendants to serve a bill of costs is currently October 10, 2013.

WHEREAS, Defendants have extended an offer to Plaintiff (through his counsel of record) to waive costs in exchange for a waiver of Plaintiff's right to appeal. However, Plaintiff is a California state prison inmate, and as such his counsel may not receive Plaintiff's response to Defendants' offer before October 10, 2013.

## STIPULATION

Now, therefore, IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record that the last day for Defendants to serve a bill of costs in this action is extended to November 15, 2013.

**IT IS SO STIPULATED.**

Dated:  October 1, 2013

          KEVIN B. BRIGGS
          County Counsel

By: /s/ Michael Linden
     Michael R. Linden, Deputy
     Attorneys for Defendants

Dated:  October 1, 2013

LAW OFFICE OF WILLIAM L. SCHMIDT

By: /s/ William Schmidt
     William L. Schmidt
     Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  **October 2, 2013**          /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE